UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C.,<br><br>   Defendant. | CAUSE NO. 1:25-CV-316-MPG-MG<br>*Filed Electronically* |

**JOINT MOTION FOR EXTENSION OF TIME AND TO HOLD
RULE 16 SCHEDULING CONFERENCE IN ABEYANCE**

  Plaintiff, Brad Patterson, on behalf of himself and others similarly situated, and Defendant, Wilshire Commercial Capital L.L.C., jointly move the Court to enter an order further extending Wilshire's deadline to respond to Plaintiff's complaint, through July 10, 2025, and holding in abeyance the Rule 16 scheduling conference for 30 days following Wilshire's response to the complaint. The parties sought an initial extension of time for Wilshire to respond to the complaint, as Wilshire is not the correct defendant in this matter. Plaintiff wished to obtain confirmatory evidence before dismissing Wilshire, however. The requested extension was granted on February 28, 2025 (DN 12), and the current deadline for Wilshire to respond to the complaint is June 10, 2025. Although Plaintiff has issued several subpoenas, he does not believe that the evidence obtained is sufficient to dismiss Wilshire. Extending Wilshire's deadline to respond to Plaintiff's complaint by an additional 30 days, and holding the Rule 16 scheduling conference in abeyance, will allow Plaintiff time to ensure that the case proceeds against the proper party and avoid unnecessary time and expense.

This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the relief sought, and both parties agree to this request. Judicial and litigant resources will be conserved by enabling the parties to ensure that the case does not proceed against an incorrect party. Accordingly, the parties ask that the Court grant this motion and enter the attached proposed order.

                Respectfully submitted,

*/s/ Alisa Micu*
Chadwick A. McTighe
Alisa Micu
**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
cmctighe@stites.com
amicu@stites.com
*Counsel for Defendant*

and

*/s/ Anthony I. Paronich (with permission)*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Counsel for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

    Anthony I. Paronich
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    anthony@paronichlaw.com
    *Counsel for Plaintiff*

10171986:v1