UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE COMMERCIAL CAPITAL L.L.C.,<br><br>Defendant. | CAUSE NO. 1:25-CV-316-MPG-MG |

**ORDER GRANTING EXTENSION OF TIME AND HOLDING
RULE 16 SCHEDULING CONFERENCE IN ABEYANCE**

This matter is before the Court on the parties' joint motion for an extension of time allowing Defendant to respond to Plaintiff's complaint on or before July 10, 2025, and to hold in abeyance the Rule 16 scheduling conference for 30 days following Defendant's response to the complaint.

IT IS HEREBY ORDERED that the parties' motion is GRANTED. Defendant shall have until July 10, 2025, to respond to the complaint. The Rule 16 scheduling conference will be held in abeyance until Defendant responds to the complaint.

Service will be made electronically on all ECF-registered counsel of record via mail generated by the court's ECF system.

JUDGE, U.S. DISTRICT COURT

DATE: _____

- 2 -

TENDERED BY:

*/s/ Alisa Micu*
Chadwick A. McTighe
Alisa Micu
**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
cmctighe@stites.com
amicu@stites.com

*Counsel for Defendant*