UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRAD PATTERSON, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

WILSHIRE COMMERCIAL CAPITAL
L.L.C.,

      Defendant.

CAUSE NO. 1:25-CV-316-MPG-MG

## ORDER GRANTING EXTENSION OF TIME AND CONTINUING RULE 16 SCHEDULING CONFERENCE

This matter is before the Court on the parties' joint motion for an extension of time allowing Defendant to respond to Plaintiff's complaint on or before July 10, 2025, and to hold in abeyance the Rule 16 scheduling conference for 30 days following Defendant's response to the complaint.

IT IS HEREBY ORDERED that the parties' motion is GRANTED. Defendant shall have until **July 10, 2025**, to respond to the complaint. The telephonic initial pre-trial conference set for July 21, 2025 at 1:00 p.m. (Eastern) is **CONTINUED to Monday, September 22, 2025 at 1:30 p.m. (Eastern)**. No fewer than seven (7) days before the IPTC, counsel must file a Proposed CMP.

Date: 6/17/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on
all ECF-registered counsel of record
via mail generated by the court's
ECF system.