> Plaintiff's Notice of Voluntary Dismissal is acknowledged. This action is closed.
> 6/20/2025
>
> */s/ Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRAD PATTERSON, on behalf of himself and others similarly situated, | Civil Case No.: 25-cv-316 |
| Plaintiff, | |
| v. | |
| WILSHIRE COMMERCIAL CAPITAL L.L.C. | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 18, 2025

PLAINTIFF,
By his attorney,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on June 18, 2025, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record. I also electronically transmitted the request to the remaining parties.

*/s/ Anthony Paronich*
Anthony Paronich